THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* FRANK VAN BRAMER, Appellant.

(Submitted November 21, 1932; decided November 22, 1932.)

*Thomas C. T. Crain,* District Attorney (*Irving J. Tell* of counsel), for motion.

*Joseph M. Klein* opposed.

Motion granted and appeal dismissed unless defendant brings case on for argument on third Monday of the present session; otherwise denied.